UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Elaine L. Chao Secretary of Labor, United States Department of Labor, Plaintiff, | |
| | CIVIL ACTION |
| v. | |
| | FILE NO. |
| RCJ, Inc., Bang Bar, Inc. and Ethan Zamp & Co., Ltd. Defendants. | CA 07 477 |

JUDGMENT

Plaintiff having filed a complaint and the defendants having appeared, received a copy thereof, waived service of process and, without admitting liability, consented to the entry of this judgment without contest,

It is, therefore,

ORDERED, ADJUDGED and DECREED that defendants, their agents, servants, employees, and all persons acting or claiming to act in their behalf and interest be, and they hereby are, permanently enjoined and restrained from violating the provisions of the Fair Labor Standards Act, as amended (29 USC 201 et seq.), hereinafter referred to as the Act, in any of the following manners:

The defendants shall not, contrary to sections 6 and 15(a)(2) of the Act pay any employees who, in any workweek, are employed in commerce, or in the production of goods for commerce, or in an enterprise engaged in commerce or in the production of goods for commerce, as defined by the Act, wages at rates less than the applicable minimum wage.

Defendants shall not, contrary to sections 7 and 15(a)(2) of the Act, employ any employees who in any workweek are engaged in commerce or in the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than forty hours,

unless such employee receives compensation for his employment in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he is employed.

Further, the Court finding as agreed to by the defendants, but without admitting liability therefor, that employees are due compensation in the amount of $70,000 as shown on attached "Exhibit A" which is incorporated in and made a part hereof, it is

ORDERED, ADJUDGED and DECREED that the defendants are restrained from withholding payment of said compensation.

The defendants represent that they have been in compliance with the Act since May 1, 2007. In resolving the amount of back wages in this judgment, the plaintiff has relied on this representation, and, accordingly, the back wage provisions of this judgment shall have no effect upon any back wages which may have accrued since that date.

The back wage provisions of this judgment shall be deemed satisfied when the defendants deliver to the persons listed in "Exhibit A" attached hereto the respective sums set opposite their names, less deductions for each employee's share of social security and withholding taxes, pursuant to the following installment plan:

Installment 1: By December 31, 2007, defendants will pay $35,000 (half the total compensation due) in pro rata shares to all the persons listed in Exhibit A.

Installment 2: March 31, 2008, defendants will pay another $35,000 in pro rata shares to all the persons listed in Exhibit A.

By December 31, 2007, the defendants shall further provide plaintiff with a copy of the payroll or a copy of the checks used to disburse the Installment 1 and a statement attesting to the fact that such payment has been made.

By March 31, 2008, the defendants shall further provide plaintiff with a copy of the payroll or a copy of the checks used to disburse Installment 2 and a statement attesting to the fact that such payment has been made.

On or before February 15, 2008, any back wage checks from Installment 1 which cannot be distributed to the employees named in "Exhibit A", or to their estates if that be necessary,

because of inability of the parties to locate the proper persons, or because of such persons' refusal to accept such sums, shall be totaled and the defendant shall forward a certified check for the total net amount made payable to "Wage & Hour Division - Labor", along with a statement showing its federal ID number, the names and last known addresses of the still-unpaid employees, their social security numbers, the gross amount due each employee, the amount of each deduction taken for the employee's share of FICA and withholding taxes, and the net amount each employee is due, to the following address:

Wage and Hour Division
Employment Standards Administration
United States Department of Labor
135 High Street, Room 210
Hartford, CT 06103

On or before May 15, 2008, any back wage checks from Installment 2 which cannot be distributed to the employees named in "Exhibit A", or to their estates if that be necessary, because of inability of the parties to locate the proper persons, or because of such persons' refusal to accept such sums, shall be totaled and the defendant shall forward a certified check for the total net amount made payable to "Wage & Hour Division - Labor", along with a statement showing its federal ID number, the names and last known addresses of the still-unpaid employees, their social security numbers, the gross amount due each employee, the amount of each deduction taken for the employee's share of FICA and withholding taxes, and the net amount each employee is due, to the following address:

Wage and Hour Division
Employment Standards Administration
United States Department of Labor
135 High Street, Room 210
Hartford, CT 06103

When recovered wages have not been claimed by the employee within three years, the Secretary of Labor shall deposit such money with the Clerk of this Court who shall forthwith deposit such money with the Treasurer of the United States, pursuant to 28 USC 2041.

Defendants shall not, under any circumstances, accept and keep any amount returned to then by a person owed compensation under this judgment. Any such amount shall be immediately paid to the plaintiff as above.

It is further ORDERED, ADJUDGED and DECREED that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

Dated ______________________

______________________________
United States District Judge

Defendants hereby consent to
the entry of this judgment:

By ______________________
Robert P. Brooks, Esq.
Adler Pollock & Sheehan P.C.
One CitizensPlaza, 8th floor
Providence, RI 02903-1345
TEL: 401-274-7200
FAX: 401-751-0604

Attorney for Defendants
RCJ, Inc.,
Bang Bar, Inc., and
Ethan Zamp & Co., Ltd.

Plaintiff moves for entry of
this judgment:

Jonathan L. Snare
Acting Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

______________________
Constance B. Franklin,
Attorney

Attorneys for Plaintiff
United States Department of Labor
Solicitor's Office
JFK Federal Building, Room E-375
Boston, MA 02203
TEL: 617-565-2500
FAX: 617-565-2142